IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN MASON,

      Petitioner,                    No. CIV S-08-0260 GEB DAD P

    vs.

JOHN DOVEY,

      Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a prison disciplinary decision that resulted in loss of good time credits. Petitioner has also filed a request to proceed in forma pauperis.

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. If a petition for writ of habeas corpus is directed to the manner in which a sentence is being executed, the district of confinement is the preferable forum. Petitioner is currently confined at Corcoran State Prison in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). Therefore, this action will be transferred to the Fresno Division of the court.

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3    2. This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5    3. All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maso0260.109