IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Glenn Mason**, | 1:08-cv-0954-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| **John Povey**, | (DOCUMENT #14) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

   Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On November 3, 2008, petitioner filed a motion to extend time to file his opposition to the Respondent's Motion to Dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Petitioner is granted thirty days from the date of service of this order in which to file his opposition.


   IT IS SO ORDERED.

   Dated:   **November 6, 2008**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE